# Third District Court of Appeal
## State of Florida

Opinion filed June 1, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1650
Lower Tribunal No. 17-8022 CC
_____

**Andres Galindo,**
Appellant,

vs.

**The Ivy Condominium Association, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Michael Bendell, P.A., and Michael S. Bendell (Boca Raton), for appellant.

Vernis & Bowling of Miami, P.A., and Evelyn Greenstone Kammet and Miguel Espinosa, for appellee.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.